Casondra K. Ruga (SBN 237597)
Evan W. Woolley (SBN 286385)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Phone: (213) 576-1000
Fax: (213) 576-1100

Lenny Huang (SBN 264386)
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, California 94303
Phone: (650) 838-2000
Fax: (650) 838-2001

Email: casondra.ruga@alston.com
        evan.woolley@alston.com
        lenny.huang@alston.com

Attorneys for Defendants,
JOYETECH USA, INC. and BESTORE INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STARBUZZ TOBACCO, Inc., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>BESTORE EUROPE HOLDING GMBH, a Switzerland limited liability company; JOYETECH USA, INC., a California Corporation; MIST VAPOR USA, INC., a business entity form unknown; BESTORE INC., a California corporation, and DOES1-10, inclusive,<br><br>Defendants. | Case No. 8:17-CV-02039-DOC-DFM<br><br>[Assigned for all purposed to Hon. David O. Carter – Dept. 9D]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>*[[Proposed] Order filed concurrently herewith]*<br><br>Complaint Filed:<br>    November 21, 2017<br>Current response Due:<br>    December 18, 2017<br>New Response Date:<br>    January 29, 2018 |

WHEREAS, Starbuzz Tobacco, Inc. ("Starbuzz") filed Case no. 8:17-CV-02039-DOC-DFM against Bestore Europe Holding GMBH, Joyetech USA, Inc. ("Joyetech"), Mist Vapor USA, Inc., and Bestore Inc. ("Bestore") on November 21, 2017;

WHEREAS, the current deadline for Joyetech to respond to the Complaint is December 18, 2017;

WHEREAS, the current deadline for Bestore to respond to the Complaint is December 28, 2017;

WHEREAS, the parties have engaged in preliminary settlement discussions that may result in resolution of this matter without the need to expend further resources of the Court;

WHEREAS, given Joyetech's and Bestore's recent retention of outside counsel, the need to further assess the Complaint, and to allow for further settlement discussions, Starbuzz has agreed to extend the deadline for Joyetech and Bestore to respond to the Complaint until January 29, 2018;

WHEREAS, this is the first request to extend time to respond to the Complaint;

NOW THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree, subject to approval by the Court, that Joyetech's and Bestore's appearance, answer and/or response to Starbuzz's complaint in Case no. 8:17-CV-02039-DOC-DFM shall be due on January 29, 2018.

IT IS SO STIPULATED.

Dated: December 15, 2017          ALSTON & BIRD, LLP

                                  By: /s/ Evan W. Woolley
                                      Evan W. Woolley
                                      Attorneys for Joyetech USA, Inc. and
                                      Bestore Inc.

Dated: December 15, 2017          THE PATEL LAW FIRM, P.C.

                                  By: /s/ Daniel H. Ngai
                                      Daniel H. Ngai
                                      Attorneys for Starbuzz Tobacco, Inc.

Pursuant to Local Rule 5-4.3.4(a), the filer attests that the above signatory agrees to the filing of this document.

---

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, I electronically filed the **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** with the Clerk of the Court for the United States District Court, Central District by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.  The parties were also served by e-mail according to the following service list:

| | |
|---|---|
| Natu J. Patel | Attorneys for Plaintiff |
| Daniel H. Ngai | Starbuzz Tobacco, Inc. |
| **THE PATEL LAW FIRM, P.C.** | |
| 22952 Mill Creek Drive | |
| Laguna Hills, CA 92653 | |
| npatel@thepatellawfirm.com | |
| dngai@thepatellawfirm.com | |

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

>             */s/ Evan W. Woolley*
>                Attorney for Plaintiffs
>      **JOYETECH USA, INC. AND BESTORE INC.**