# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California Corporation,<br><br>Plaintiff,<br>vs.<br><br>BESTORE EUROPE HOLDING GMBH, a Switzerland limited liability company; JOYETECH USA, INC., a California corporation; MIST VAPOR USA, INC., a business entity form unknown; BESTORE INC., a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:17−cv−02039-DOC (DFMx)<br>**Honorable David O. Carter**<br><br>**ORDER RE: STIPULATED PERMANENT INJUNCTION [37]** |

This matter, having come before the Court upon the stipulation of Plaintiff, Starbuzz Tobacco, Inc., a California corporation ("Starbuzz"), and Defendants Bestore Europe Holding GMBH, a Switzerland limited liability company ("Bestore EU"), Joyetech USA, Inc., a California corporation ("Joyetech"), and Bestore Inc.,

-1-
Order Re: Stipulated Permanent Injunction

a California corporation ("Bestore USA") (collectively, the "Defendants") (Starbuzz and Defendants are collectively referred to as "Parties"), the Parties having agreed to the entry of a permanent injunction ("Injunction"), and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants, and their officers, directors, owners, partners, employees, agents, assigns, and representatives, are hereby permanently enjoined from engaging in, committing, or performing, directly or indirectly, any and all of the following conduct:

    A.    Owning, maintaining, or applying for registration of the trademark M MIST VAPOR in IC 34 in the United States;

    B.    Owning, applying for, using, or registering any additional marks (other than its current USPTO Reg. No. 4,949,538 in IC 35) consisting of or containing (in whole or in part) "MIST" of "MYST" for use in connection with the manufacture, sale, distribution, or advertisement of tobacco and related products in the United States including, but not limited to, cigarettes, snuff, hookah tobacco, pipe tobacco, molasses tobacco, flavored tobacco, cigars, cigarillos, tobacco substitutes, e-cigarettes, vaporizers, electronic cigarette liquid (e-liquid), vape liquid, cartridges filled with propylene glycol or vegetable glycerin for electronic cigarettes and

vaporizers, charcoal, matches, lighters, filters, and accessories or devices used to consume, ingest, or inhale said products;

      C.     From assisting, aiding, or abetting any other person or business entity in engaging in, performing, or inducing any other person or business entity to engage or perform, any of the activities referred to herein above.

**IT IS FURTHER ORDERED** that violations of this Injunction shall subject Defendants and all other persons bound by this Injunction to all applicable penalties, including contempt of Court.

**IT IS FURTHER ORDERED** that this Injunction shall be deemed to have been served upon the Defendants and each of them at the time of its execution by the Court.

**IT IS FURTHER ORDERED** that the Injunction shall become effective immediately, and pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs entry of this Injunction against Defendants effective as of the date of issuance.

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

**IT IS SO ORDERED.**

Dated: December 3, 2018

*David O. Carter*
Honorable David O. Carter
United States District Judge